*Moreau* for the plaintiff, *Dennis* for the defendants.

---

### DENNIS vs. DURNFORD.

APPEAL from the court of the third district.

An inhabitant of the city of New Orleans, cannot be sued in the court of probates of East Baton Rouge, on the ground that he was executor to a deceased person, whose *mortuaria*, was under the Spanish government, depending before the commandant of Baton Rouge.

MARTIN, J. delivered the opinion of the court. The defendant, while the province of Louisiana was under the government of Spain, was appointed executor to the last will of Pousset, whose *mortuaria*, or proceedings in regard to his estate, were carried on before the Spanish commandant at Baton-Rouge.

Lately, the court of probates of the parish of East Baton-Rouge appointed the plaintiff as the attorney of the absent heirs of Pousset, and the defendant, a resident of the city of New-Orleans, was cited by the said attorney, before the said court of probates, to render an account of his executorship.

East'n District.
June 1825.

Dennis
vs.
Durnford.

The defendant pleaded commorancy in another parish, viz. that of Orleans. There was a judgment against him, in the court of probates, which was reversed in the district court. The plaintiff appealed.

It does not appear to us that the district court erred. On the organization of a judiciary power, in this country, after the United States took possession of it, none of the courts that were established was a continuation of any Spanish tribunal. Accordingly, all suits then pending were begun *de novo* in the Ameri-can tribunals, according to the court law, without any regard to the former tribunals.

A creditor, who had sued his debtor before the governor, intendant, or any magistrate, began *ab ovo*, in the court pointed out by the new law.

According to this, the defendant must be sued in the parish of his residence; this is the general principle; it has a few exceptions, but the plaintiff has not shewn that this case is within any of them. The tribunal of the commandant of the district of Baton-Rouge, before which Pousset's *mortuaria* was opened, has no longer a legal existence, and the circumstance, if it exist, of its records being deposited with

Vol. iv. (n. s.) 5

DENNIS
*vs.*
DURNFORD.

the parish judge of the parish of East Baton-Rouge, does not authorise its court of probates to act on suits commenced in the Spanish tribunal.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Dennis* for the plaintiff, *Hennen* for the defendant.